

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DEC 13 2016

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELENE LAX, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TOMER KARIV, DAVID BEN AMI, ZEEV BRONFELD, RANAN GROBMAN, KATHERINE WOLF, YUVAL YANAI, MACROCURE LTD., and LEAP THERAPEUTICS, INC.,<br><br>Defendants. | Case No. 1:16-cv-09438 (GBD)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

1.      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against all the defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and without fees and/or costs to any party.

2.      Furthermore, Plaintiff hereby withdraws her motion for preliminary injunction and supporting papers (ECF 10-12) and Defendants hereby withdraw their motion to dismiss and supporting papers (ECF 30-32).

3.      This Stipulation may be signed in counterparts, all of which together shall constitute a single document, and facsimile or pdf signatures shall be deemed originals.

Dated: New York, New York
         December 12, 2016

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: *s/ Benjamin Y. Kaufman*
Gregory M. Nespole
(gmn@whafh.com)
Benjamin Y. Kaufman
(Kaufman@whafh.com)

270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114

**MONTEVERDE & ASSOCIATES PC**

By: *s/ Juan E. Monteverde*
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Tel: 212-971-1341
Fax: 212-601-2610
jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff Helene Lax*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**

By: *s/ Robert E. Zimet*
Robert E. Zimet
(robert.zimet@skadden.com)
Shaud G. Tavakoli
(shaud.tavakoli@skadden.com)
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

*Attorneys for Defendant Macrocure Ltd.*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Jordan D. Hershman*                    DEC 13 2016
Jordan D. Hershman
(jordan.hershman@morganlewis.com)
399 Park Ave.
New York, NY 10022-4689
Telephone: (212) 705-7402

*Attorneys for Defendant Leap Therapeutics, Inc.*

SO ORDERED:

*George B. Daniels*
S D I

790715

2